UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>    Plaintiff(s),<br><br>vs.<br><br>TOWN & COUNTRY GROCERS OF FREDERICKTOWN, MISSOURI, INC.,<br>d/b/a Country Mart Grocery<br>    Defendant(s). | Case No. 4:08CV01494 FRB |

## O R D E R

On September 29, 2008, due clerk error, the above styled case was inadvertently assigned an Eastern Division case number. However, jurisdiction of this matter lies in the Southeastern Division of this district and should have been assigned a Southeastern Division case number.

**IT IS HEREBY ORDERED** that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No. 1:08cv149 LMB. Case No. 4:08CV01494 FRB is hereby administratively closed.

Dated this 30th day of September, 2008.

                                                        JAMES G. WOODWARD, CLERK OF COURT

                                                        By: /s/ Karen R. Moore, Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 1:08CV00149 LMB.**